| | |
|---|---|
| COZEN O'CONNOR<br>MICHAEL W. MELENDEZ<br>(SBN 125895)<br>Email: mmelendez@cozen.com<br>101 Montgomery Street, Suite 1400<br>San Francisco, CA 94104<br>Tel: (415) 593 9610<br>Fax: (415) 692 3688<br><br>STEPTOE & JOHNSON LLP<br>ANTONIA B. IANNIELLO<br>(admitted *Pro Hac Vice*)<br>Email: aianniello@steptoe.com<br>ERICA L. GERSON<br>(admitted *Pro Hac Vice*)<br>Email: egerson@steptoe.com<br>1330 Connecticut Avenue NW<br>Washington, DC 20036<br>Tel: (202) 429 3000<br>Fax: (202) 429 3902<br><br>Attorneys for Plaintiff<br>STEADFAST INSURANCE<br>COMPANY | LITTLE & TARZI, LLP<br>ERIC R. LITTLE<br>(SBN 169021)<br>E-Mail: elittle@landtllp.com<br>NAJWA TARZI KARZAI<br>(SBN 210415)<br>E-Mail: ntarzi@landtllp.com<br>3333 Michelson Dr., Ste. 735<br>Irvine, CA 92612<br>Tel: (949) 333-1699<br>Fax: (949) 333-1697<br><br>STRADLING YOCCA CARLSON<br>& RAUTH<br>JUSTIN OWENS<br>(SBN 254733)<br>Email: jowens@stradlinglaw.com<br>MARC J. SCHNEIDER<br>(SBN 214609)<br>Email: mschneider@stradlinglaw.com<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Tel: (949) 725-4000<br>Fax: (949) 725-4100<br><br>Attorneys for Defendant<br>ONQUEST, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEADFAST INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ONQUEST, INC.,<br><br>　　　　　Defendant. | Case No. CV 22-00476 PA (Ex)<br><br>Hon. Percy Anderson<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**Complaint Filed: January 21, 2022** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Steadfast Insurance Company and Defendant OnQuest, Inc., by and through their respective counsel, hereby stipulate and agree as follows:

1. The parties stipulate to dismiss, *with prejudice*, the entire action captioned *Steadfast Insurance Company v. OnQuest, Inc.*, United States District Court for the Central District of California, Case No. CV 22-00476 PA (Ex).

2. In connection with this action and dismissal, each party shall bear their own costs and attorneys' fees.

3. In light of the stipulated dismissal with prejudice, the parties request that the Court vacate all future hearing dates and deadlines.

SO STIPULATED.

Dated: September 23, 2022          COZEN O'CONNOR

                                   By: /s/ Michael W. Melendez
                                       Michael W. Melendez

                                   Attorneys for Plaintiff
                                   STEADFAST INSURANCE COMPANY

Dated: September 23, 2022          LITTLE & TARZI, LLP

                                   By: /s/ Najwa Tarzi Karzai
                                       Eric R. Little
                                       Najwa Tarzi Karzai

                                   Attorneys for Defendant
                                   ONQUEST, INC.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I, Erika Calderon, hereby certify that, on September 23, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:  September 23, 2022

_____
Erika Calderon